**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF GEORGIA**
**ALBANY  DIVISION**

| | | |
|---|---|---|
| FREDDIE B. COLEMAN, | : | |
| | : | |
| Petitioner, | : | |
| | : | |
| v. | : | 1:05-CV-165 (WLS) |
| | : | 1:98-CR-11 (WLS) |
| UNITED STATES OF AMERICA, | : | |
| | : | 28 U.S.C. § 2255 |
| Respondent. | : | |
| _____ | : | |

## <u>O R D E R</u>

Before the Court is a Report and Recommendation from United States Magistrate

Judge G. Mallon Faircloth (Tab 63),  filed November 30, 2005.  It is recommended that

Petitioner's "PRO SE NUNC PRO TUNC MOTION TO CORRECT DEFENDANT'S

ILLEGAL SENTENCE BASED ON THE DISTRICT COURT'‘S LACK OF SUBJECT

MATTER JURISDICTION" be dismissed. (Tab 61).    Petitioner has filed a timely objection

to the Report and Recommendation.  (Tab 64).

The Magistrate Judge correctly concluded, despite Petitioner's title, that the motion

is a petition for relief pursuant to 28 U.S.C. § 2255.  As such, the Magistrate Judge also

concluded that the petition is successive as Petitioner filed a timely motion for relief

pursuant to § 2255 on March 12, 2001 (Tab 27) which was denied in June, 2002.  (Tabs 43).

Further, on July 14, 2003, Petitioner filed a successive petition for relief pursuant to 28

U.S.C. § 2244.  When the Magistrate Judge recommended summary dismissal, Petitioner

withdrew the petition on October 21, 2004.  (Tab 58).

In his objection, Petitioner does not address the merits of the Magistrate Judge's

recommendation.  Instead, Petitioner argues the alleged merits of his claim for relief.

Therefore, Petitioner's objection to recommendation is without merit.   Accordingly, the

Court rejects and overrules Petitioner's objection.  (Tab 64).

Upon full consideration of the record, the Court finds that said Recommendation

should be and hereby is, **ACCEPTED**, **ADOPTED** and made the order of this Court for

reason of the findings and reasons set out therein, together with the findings made, reasons stated and conclusions reached herein. Accordingly, Petitioner's Motion to Vacate, Set Aside, or Correct Sentence (Tab 61 )  is **DISMISSED** as an unauthorized successive § 2255 petition.

SO ORDERED,  this  20th  day of December, 2005.


/s/W. Louis Sands
**W. Louis Sands, Chief Judge**
**United States District Court**